UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMANDA UHLARIK, | Case No. CV18-5788BHS |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION doing business as AMTRAK, | |
| Defendant. | |

    Based on General Orders No. 1-20, 02-20, 7-20, 08-20, 11-20, 13-20, 15-20 and 18-20, issued in response to the continuing outbreak of Coronavirus Disease 2019 (COVID-19), the Court determines that trial in this case cannot proceed on the currently scheduled date of March 23, 2021. General Order No. 18-20 provides that all civil and criminal hearings and trial dates in the Seattle and Tacoma Courthouses scheduled to occur before March 31, 2021 are continued pending further order of the Court. The need to protect the public health and safety of all those involved in Courthouse operations and proceedings as detailed in General Orders No. 02-20, 8-20 and 18-20 constitutes good cause to modify the scheduling order

Order Continuing Trial – 1

pursuant to Federal Rule of Civil Procedure 16(b)(4).

IT IS THEREFORE ORDERED that the trial date and other dates shall be continued.

The trial date of March 23, 2021, and all other upcoming dates in this case, are hereby VACATED.

The parties shall consult with each other regarding possible trial dates and shall file a Joint Status Report on or before February 9, 2021, with an agreed proposed trial date. If the parties do not agree on a proposed date, each side shall set forth, in a single report, separate proposals for the trial date. Once a trial date is identified, the Court will set the pretrial deadlines in accordance with its standard procedures.

If the parties believe that the pretrial conference or other anticipated hearings may be effectively conducted by video/teleconference, they may identify those hearings in the Joint Status report.

IT IS SO ORDERED.

Dated this 2nd day of February, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge